NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED
SEP 24 2012
AT 8:30
WILLIAM T. WALSH, CLERK

Orlando HARE,

      Plaintiff,

v.

Ryan WOODHEAD, et al.,

      Defendants.

Civ. No. 08-5894

MEMORANDUM ORDER

It appearing that on July 15, 2011, the Court granted Plaintiff Orlando Hare the appointment of counsel *sua sponte* pursuant to 28 U.S.C. § 1915(e)(1) [docket # 123]; and it appearing that pursuant this Court's Memorandum Order of September 19, 2012, this matter has been set for trial [146]; and for good cause shown;

IT IS on this 24th day of September, 2012,

ORDERED that the Law Offices of Gebhardt & Kiefer, P.C. shall be and hereby is terminated from this matter; and it is further

ORDERED that the Law Offices of Ashley Law Firm LLC shall be and hereby is appointed *pro bono* counsel to represent Plaintiff for the purposes of trial; and it is further

ORDERED that *pro bono* counsel file a notice of appearance on the docket by September 28, 2012 and confer with defense counsel concerning the status of the matter by October 5, 2012; and it is finally

ORDERED that any motions in limine be filed by October 29, 2012 or as otherwise directed by Magistrate Judge Arpert.

ANNE E. THOMPSON, U.S.D.J.